## WILLOBY *v.* RAIDEN, administrator.

LITTLE, J. A proper action instituted to recover possession of land, based on the judgment of a court of competent jurisdiction, decreeing that as against the defendant in that action the title to the land was in the plaintiff, should not have been dismissed on motion. As a rule, the right of possession follows the title. It is enforceable as any other right.

*Judgment reversed. All the Justices concurring.*

Submitted March 2, — Decided March 26, 1901.

Complaint for land. Before Judge Reese. Madison superior court. March 10, 1900.

*John J. Strickland*, for plaintiff.
*B. T. Moseley* and *D. W. Meadow*, for defendant.